# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS BONDURANT,<br><br>             Petitioner,<br>  vs.<br><br>F. GONZALEZ, Warden,<br><br>             Respondent. | CASE NO. 10-CV-1945-H (JMA)<br><br>**ORDER DENYING REQUEST FOR INTERLOCUTORY APPEAL** |

On December 27, 2010, Petitioner Travis Bondurant ("Petitioner"), a state prisoner proceeding *pro se*, filed a motion to appoint counsel. (Doc. No. 19.) On January 3, 2011, this Court denied Petitioner's motion for appointment of counsel. (Doc. No. 20.) On February 7, 2011, Petitioner filed a notice of appeal as to the Court's order. (Doc. No. 29.) "An interlocutory order denying a motion for appointment of counsel in a habeas proceeding . . . is not appealable." Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, Petitioner's request for interlocutory appeal is denied.

**IT IS SO ORDERED.**

Dated: March 10, 2011

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT